IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41399
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RONALD LEE BARLOW,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:95-CV-150
- - - - - - - - - -
October 30, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Ronald Lee Barlow, a federal prisoner, appeals the district court's denial of his pro se motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255.  Barlow argues that the magistrate judge inadequately reviewed the record and erred in failing to conduct an evidentiary hearing; he further argues that the district court erred in failing to undertake a de novo review of the magistrate judge's report and recommendations. Barlow also renews his contention that his jury-trial waiver was

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

unknowing, that his conviction was the result of prosecutorial misconduct, and that trial and appellate counsel rendered ineffective assistance.

We have reviewed the record and the briefs submitted by the parties and find no reversible error.  Accordingly, the district court's judgment is affirmed.

AFFIRMED.